IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEBORAH PERROTTO<br>11820 Edgewater Drive, Unit 205<br>Lakewood, Ohio 44107, | ) ) ) | JUDGE:<br><br>CASE NO.: |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | (Case No. CV 12 787160<br>in the Cuyahoga County Court of<br>Common Pleas) (Judge Matia) |
| PREMIER INTERNATIONAL, INC.<br>34300 Lakeland Blvd.<br>Eastlake Ohio 44095 | ) ) ) ) | |
| and | ) ) | |
| HILLCREST EGG & CHEESE CO.<br>d/b/a Hillcrest Foodservice Co.<br>2695 E. 40th Street<br>Cleveland Ohio 44115 | ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

Defendants, Premier International, Inc., and Hillcrest Egg & Cheese Co. d/b/a Hillcrest Foodservice Co. ("Defendants"), timely file this Notice of Removal pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a), (b), and (c), removing the above-captioned action from the Court of Common Pleas of Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio. As grounds for this removal, Defendants state that Plaintiff's Complaint, on its face, arises under the Family and Medical Leave Act, 29 U.S.C. § 2601, et seq.

In support of its Notice of Removal, Defendants state as follows:

-1-

{K0307771.1}

## Summary of State Court Proceedings

1.      Plaintiff Deborah Perrotto filed her Complaint on July 17, 2012, in the Court of Common Pleas of Cuyahoga County, Ohio, a copy of which is attached hereto as Exhibit 1.

2.      Defendants received Summonses and a copy of the Complaint on August 8, 2012. *See* Exhibit 1.

3.      A copy of the Court of Common Pleas of Cuyahoga County, Ohio, docket is attached as Exhibit 2.

## Grounds for Removal

4.      Removal is proper because Counts One and Two of Plaintiff's Complaint plead causes of action under the Family and Medical Leave Act, 29 U.S.C. § 2601, et seq.

5.      Pursuant to 28 U.S.C. § 1441(b), "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

6.      Removal of this action from the Court of Common Pleas of Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio is proper under 28 U.S.C. §§ 1331 and 1441(b) because Plaintiff's claims arise under the Family and Medical Leave Act, 29 U.S.C. § 2601, et seq.

7.      Moreover, this Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) of Plaintiff's state law causes of action because they are so related to Plaintiff's

-2-

{K0307771.1}

federal claim that they form part of the same case or controversy under Article III of the United States Constitution.

8. This Notice of Removal is being filed within 30 days from Defendants' receipt of a copy of the initial pleading. *See* 28 U.S.C. § 1446(b)(1).

9. By virtue of this Notice of Removal, Defendants do not waive their right to assert any rights, claims or other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure or other applicable rules or laws.

10. Defendants have complied with the applicable provisions of 28 U.S.C. §§ 1441 *et seq.,* Fed. R. Civ. P. 81, and other applicable rules of civil procedure and local rules.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants shall promptly give written notice of the filing of this Notice of Removal to Plaintiff and shall promptly file a copy of the Notice with the Clerk of the Court of Common Pleas of Cuyahoga County, Ohio.

12. All fees required by law in connection with this notice have been paid by Defendants.

WHEREFORE, Defendants request that this Court take jurisdiction of this action to the exclusion of any further proceedings in the state court.

{K0307771.1}

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ P.L.L.**

s/ Jonathan T. Hyman
ROBERT S. GILMORE (0037042)
JON J. PINNEY (0072761)
JONATHAN T. HYMAN (0068812)
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
rsg@kjk.com
jjp@kjk.com
jth@kjk.com

*Counsel for Defendants*
*Premier International, Inc., and*
*Hillcrest Egg & Cheese Co. d/b/a Hillcrest*
*Foodservice Co.*

-4-

-5-

## CERTIFICATE OF SERVICE

A copy of foregoing was served on all counsel of record by the Court's ECF system.

<u>s/ Jonathan T. Hyman</u>

{K0307771.1}