Exhibit 2

 

## Gerald E. Fuerst, Clerk of Courts
## Court of Common Pleas - Cuyahoga County, Ohio

| Case Summary | Case Parties | Costs | Service | All | Print | New Search | Main Menu |

# DOCKET INFORMATION

Printer Friendly Version

**Case Number:** CV-12-787160

**Case Title:** DEBORAH PERROTTO vs. PREMIER INTERNATIONAL INC. ET AL

**Image Viewer:** AlternaTIFF

## DOCKET INFORMATION

| From Date | Sort | Type | Type | Type | Type | SearchType |
|---|---|---|---|---|---|---|
| __ / __ / __ | ⦿ Ascending<br>◯ Descending | ⌄ | ⌄ | ⌄ | ⌄ | Start Search |

| Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 08/26/2012 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR HILLCREST EGG & CHEESE CO. ON 08/26/2012 16:54:06 | |
| 08/26/2012 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR PREMIER INTERNATIONAL, INC. ON 08/26/2012 16:54:06 | |
| 08/26/2012 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BESSER/MATTHEW/D ON 08/26/2012 16:54:06 | |
| 08/26/2012 | N/A | SC | CMC BY PHONE SET FOR 09/17/2012 AT 03:15 PM. PLAINTIFF'S COUNSEL, OR PLAINTIFF, IF PROCEEDING PRO SE, SHALL INITIATE THE CONFERENCE CALL WITH ALL OTHER PARTIES, AND THEN CONTACT THE COURT'S STAFF ATTORNEY, JILLIAN DINEHART, AT 216-443-5595. PLEASE DO NOT APPEAR IN PERSON. | |
| 08/10/2012 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 19762740 RETURNED BY U.S. MAIL DEPARTMENT 08/09/2012 PREMIER INTERNATIONAL, INC. MAIL RECEIVED AT ADDRESS 08/08/2012 SIGNED BY OTHER. | |
| 08/10/2012 | D2 | SR | CERTIFIED MAIL RECEIPT NO. 19762741 RETURNED BY U.S. MAIL DEPARTMENT 08/09/2012 HILLCREST EGG & CHEESE CO. MAIL RECEIVED AT ADDRESS 08/07/2012 SIGNED BY OTHER. | |
| 08/03/2012 | D1 | SR | SUMS COMPLAINT(19762740) SENT BY CERTIFIED MAIL. TO: PREMIER INTERNATIONAL, INC. 24199 WENDOVER DRIVE BEACHWOOD, OH 44122-0000 | 📄 |
| 08/03/2012 | D2 | SR | SUMS COMPLAINT(19762741) SENT BY CERTIFIED MAIL. TO: HILLCREST EGG & CHEESE CO. 1375 EAST NINTH STREET, 20TH FLOOR CLEVELAND, OH 44114-0000 | 📄 |
| 07/25/2012 | D2 | CS | WRIT FEE | |
| 07/25/2012 | D1 | CS | WRIT FEE | |
| 07/17/2012 | N/A | SF | JUDGE DAVID T MATIA ASSIGNED (RANDOM) | |

07/17/2012 P1   SF   LEGAL RESEARCH

07/17/2012 P1   SF   LEGAL NEWS

07/17/2012 P1   SF   LEGAL AID

07/17/2012 P1   SF   COURT SPECIAL PROJECTS FUND

07/17/2012 P1   SF   COMPUTER FEE

07/17/2012 P1   SF   CLERK'S FEE

07/17/2012 P1   SF   DEPOSIT AMOUNT PAID BOLEK BESSER GLESIUS LLC

07/17/2012 P1   SF   DEPOSIT AMOUNT PAID BOLEK BESSER GLESIUS LLC

07/17/2012 N/A  SF   CASE FILED

07/17/2012 P1   SR   COMPLAINT WITH JURY DEMAND FILED. SERVICE REQUEST -
SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S).

Print Page | Close Window | Disclaimers | Printer Friendly Version

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as
accurate and current.

For questions/comments please click here

© PROWARE 1997-2012

odocket.cp.cuyahogacounty.us/p_CV_Docket.aspx