**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH PERROTTO | ) | CASE NO. 1:12 cv 2249 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | **REPORT OF PARTIES'** |
| | ) | **PLANNING MEETING UNDER** |
| PREMIER INTERNATIONAL, INC., *et al.* | ) | **FED. R. CIV. P. 26(f) AND LR** |
| | ) | **16.3(b)(3)** |
| Defendant. | ) | |
| | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on October 5, 2012 and was attended by:  Matthew D. Besser, Counsel for Plaintiff; and, Jonathan T. Hyman, Counsel for Defendants.

2. The parties will exchange initial disclosures by Monday October 29, 2012.

3. The parties recommend the standard track.

4. This case is suitable for mediation.

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge.

6. The parties agree that this case does involve electronic discovery.

7. (a) Describe the subjects on which discovery is to be sought, the nature and extent of discovery, and any potential problems:

   The parties will conduct discovery regarding: the relationship between the defendants with respect to liability under the FMLA; the extent of any damages; the circumstances surrounding the end of Plaintiff's employment; whether Defendants had reasonable grounds for believing they were acting in accordance with the FMLA; and, whether Plaintiff otherwise qualifies for protection under the FMLA.

   (b) Describe anticipated e-discovery issues:

   At this point the parties anticipate the only e-discovery will concern emails, text messages, and possibly social media.

   (c) Describe the handling of Expert discovery:  Expert reports to be exchanged by February 1, 2013.

(d)  Discovery Deadlines:
  (i)  Liability:  February 1, 2013
  (ii)  Damages:  March 1, 2013

8. Recommended dispositive motion date: March 15, 2013.

9. Recommended cut-off date for amending the pleadings and/or adding additional parties: January 1, 2013.

10. Recommended date for a Status Hearing/Settlement Conference: January 15, 2013 status conference.

11. Other matters for the attention of the Court: None at this time.

Respectfully Submitted,

/s/ Jonathan T. Hyman (per email authority)   /s/ Matthew D. Besser   .
Jonathan T. Hyman (0068812)     Matthew D. Besser, Esq. (0078071)
**Kohrman Jackson & Krantz PLL**    Cathleen M. Bolek, Esq. (0059884)
1375 East Ninth Street       **Bolek Besser Glesius, LLC**
One Cleveland Center, 20th Floor    5885 Landerbrook Drive
Cleveland, Ohio 44114       Monarch Centre, Suite 302
T: 216.736.7226         Cleveland, OH 44124
F: 216.621.6536         T: 216.464.3004
jth@kjk.com          F: 866.542.0743
             cbolek@bolekbesser.com
*Attorney for Defendant*      mbesser@bolekbesser.com

             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 12th day of October, 2012.  A copy of the filing will be served by operation of the Court's electronic filing system upon:

Jonathan T. Hyman
Kohrman Jackson & Krantz PLL
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114

          /s/ Matthew D. Besser   .
          *Attorney for Plaintiff*