# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH PERROTTO | ) | CASE NO. 1:12 cv 2249 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| PREMIER INTERNATIONAL, INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties hereby stipulate that the above-captioned case shall be dismissed, with prejudice, and with the Court retaining jurisdiction over the case. Each party shall bear her/its own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jonathan T. Hyman (per email authority) | /s/ Matthew D. Besser |
| Jonathan T. Hyman (0068812) | Matthew D. Besser, Esq. (0078071) |
| **Kohrman Jackson & Krantz PLL** | Cathleen M. Bolek, Esq. (0059884) |
| 1375 East Ninth Street | **Bolek Besser Glesius, LLC** |
| One Cleveland Center, 20th Floor | 5885 Landerbrook Drive |
| Cleveland, Ohio 44114 | Monarch Centre, Suite 302 |
| T: 216.736.7226 | Cleveland, OH 44124 |
| F: 216.621.6536 | T: 216.464.3004 |
| jth@kjk.com | F: 866.542.0743 |
| | cbolek@bolekbesser.com |
| *Attorney for Defendants* | mbesser@bolekbesser.com |
| | |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 19th day of February, 2013. A copy of the filing will be served by operation of the Court's electronic filing system upon:

Jonathan T. Hyman
Kohrman Jackson & Krantz PLL
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114

*Counsel for Defendants*

                                                      /s/ Matthew D. Besser                .
                                                      *Attorney for Plaintiff*